UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID Z. FRIEDMAN,<br><br>            Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. C25-8-MLP<br><br>MINUTE ORDER |

      The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

      Plaintiff's "Motion [to] Supplement the Record and to Allow Filing of Materials Under Seal" (dkt. # 10), which was filed under seal, is hereby STRICKEN for failure to comply with Local Civil Rule 5(g).

      Dated this 24th day of April, 2025.

                                                    Ravi Subramanian
                                                    Clerk of Court

                                                    By: Tim Farrell
                                                        Deputy Clerk

MINUTE ORDER - 1